# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| ELADIO WILFREDO CRUZ | ) Case No: CR. 01-292-01 |
| | ) USM No: 23970-050 |
| Date of Previous Judgment: 06/24/02 | ) AFPD ESTHER SALAS * |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

   X  DENIED.     GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: _____     Amended Offense Level: _____
Criminal History Category: _____     Criminal History Category: _____
Previous Guideline Range: _____ to _____ months     Amended Guideline Range: _____ to _____ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
   The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
x  Other (explain):   Defendant is ineligible as a career offender

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated   06/24/02   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   04/25/12

_____
Judge's signature

WILLIAM J. MARTINI, U.S.D.J.
Printed name and title

Effective Date: _____
(if different from order date)

* ESTHER SALAS IS NOW A U.S. DISTRICT JUDGE IN THE DISTRICT OF NEW JERSEY